RECEIVED
MAR 0 8 2021
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
EASTERN District of NORTH CAROLINA

Division

Eddie LaReece Pittman, ProSe

**Plaintiff(s)**
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Paint Protections, INC.
Ms. Mayo (Mel) / Lead PPI Detailer @ Cross Roads Ford

**Defendant(s)**
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. 4:21-CV-24-M
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☐ Yes ☑ No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Eddie Pittman
Street Address: 315 West Elliot Road Ste 107 #297
City and County: Tempe, Maricopa
State and Zip Code: AZ  85284
Telephone Number: 202 549 0094
E-mail Address: Pittmaneddie@aol.com

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Case 4:21-cv-00024-M    Document 7    Filed 04/22/21    Page 1 of 6

Page 1 of 5

Defendant No. 1
  Name: PAINT Protections INC.
  Job or Title (if known):
  Street Address: 1520 Uwharrie Point Parkway
  City and County: New London / Stanly County
  State and Zip Code: NC 28127
  Telephone Number: 336-461-4623
  E-mail Address (if known):

Defendant No. 2
  Name: Ms. Mayo (Mel) or Lead Detailer assigned to Cross Roads Ford
  Job or Title (if known):
  Street Address: 3217 North Main Street
  City and County: Fuquay Varina / Wake County
  State and Zip Code: NC 27526
  Telephone Number: 919 552 2228
  E-mail Address (if known):

Defendant No. 3
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

Defendant No. 4
  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:
  E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question      [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

- 15 USC §1681
- Title VII of Civil Rights Act of 1964
  - Disparate Impact + Disparate Treatment Discrimination
  - race + criminal record
- Hostile Work Environment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* **Eddie Pittman**, is a citizen of the State of *(name)* **North Carolina**.

    b. If the plaintiff is a corporation
       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____,
       and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* **Paint Protections INC**, is a citizen of the State of *(name)* **North Carolina**. Or is a citizen of *(foreign nation)* _____.

b.  If the defendant is a corporation
The defendant, *(name)* __Ms. Mayo__, is incorporated under the laws of the State of *(name)* __North Carolina__, and has its principal place of business in the State of *(name)* _____.
Or is incorporated under the laws of *(foreign nation)* _____,
and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

N/A

### III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

(see Attachment)

### IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff ask the Court to approximate Compensatory Damages based on Multiplier Method, Punitive Damages requested is ~ $200,000 to Punish Defendant from similar misdeeds in Future.

Statement of Claim(PPI):

The Plaintiff was wrongfully terminated from Paint Protection Inc on 07-01-2020 in response to my requesting time off during prior week for reasons covered under the Family Medical and Leave Act (FMLA); discrimination for the Plaintiff's criminal background(Disparate Impact) and his race(Disparate Treatment). The Plaintiff was interviewed for a car detailer position on 05-28-2020 at a dealership in Raleigh on Capital Boulevard then shortly thereafter assigned to Cross Roads Ford on 3217 North Main Street Fuquay, Varina, NC 27526. The Plaintiff got set up to initially just help out on Thursdays, Fridays and Saturdays with his first day being 06-04-2020. Plaintiff was interviewed in Raleigh by Susan who called the Plaintiff to set up the interview, her husband and Cisco. During the 1st week working Plaintiff met and was supervised by that locations manager Ms. Mayo (Mel), asst. manger, V, who was fired 2 weeks later, Icy and Steve. Paint Protections, Inc. is mainly a local (NC based) business that provides a vendor type cleaning/ detailing service to various dealerships in Wake County and other western NC counties. During Plaintiff's 1st week there, the lead worker/ supervisor(Mel) assigned to that Fuquay location asked Plaintiff if he had a criminal record or if Plaintiff had ever been to prison. She specifically used the term "yard" which kind of implies that she her self has had some involvement with an incarceration setting, directly or indirectly. You seldom will see someone with no history of prison life refer to it as the "yard." Plaintiff acknowledged he did and that he gave appropriate documentation of such to the hiring authorities the week prior. Plaintiff found that to be very unusual for her to ask that. During Plaintiff's work week of 06/18-20, it was very slow and Plaintiff was basically asked to leave early due to lack of work every day he worked that week. The following week, Plaintiff had some urgent Family issues that fall under the Family Medical and Leave Act so on 06/24/20 at ~245 pm, Plaintiff basically sent Mel a text expressing to her he had some emergency family business but expressed if she could not adjust then he'd come and work as normal. She said it was fine so Plaintiff did not report to work 06/25,26;27/2020. Plaintiff did not think it was an issue since she had no issue with it plus in conjunction with fact that it was extremely slow (business wise) the prior week with my being asked to leave early.

    On Wednesday, 07-01-2020, in prep for returning to work on Thursday, 07/02/2020, Plaintiff went online to verify if he was scheduled to work Thursday, Friday and Saturday even with it being July 4. Plaintiff ultimately pulled up a schedule Mel sent which covered the upcoming work week for me. It had Plaintiff scheduled for Thursday, Friday and Saturday (07/02, 03; 04/ 2020) from 830 am to 430 pm. Plaintiff then sent text to Mel confirming he would be there as scheduled and anticipated. She immediately replied saying not to report and she no longer needed his services. Plaintiff immediately sent text to Susan who played role in hiring explaining to her the situation especially with Mel expressing she had no issue with his taking off the prior week but not informing him at all that she held it against him and terminated his employment. Had Plaintiff known, she could not adjust to the request, he would have worked. He expressed that to Susan and asked her to look into. He never got any response. Plaintiff is complaining against Paint Protections and Mel for racial and criminal record discrimination in addition to violation of the FMLA act.

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/01/2021

Signature of Plaintiff: Eddie J. Pitt, Pro Se

Printed Name of Plaintiff: Eddie L. Pittman, Pro Se

### B. For Attorneys

Date of signing: _____

Signature of Attorney: _____
Printed Name of Attorney: _____
Bar Number: _____
Name of Law Firm: _____
Street Address: _____
State and Zip Code: _____
Telephone Number: _____
E-mail Address: _____

Note: Plaintiff received Right to Sue Letter on 12/07/2020 Thus needed to have action filed by 03/08/2021

Eddie J. Pitt, Pro Se